UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF IPCOM and GMBH & CO. KG,<br><br>Applicants. | Case No. 5:14-mc-80037-EJD-PSG<br><br>**ORDER RE: STATUS OF MANNHEIM LITIGATION** |

Before the court is IPCom and GMBH & Co. KG's application for a court order to obtain discovery of Apple for use in German proceedings in the Manheim District Court pursuant to 28 U.S.C. § 1782(a). From the court's review of public sources, the German case appears to be on appeal. The applicants therefore shall file a status update within seven days of this order regarding the current posture of the German case and indicate whether the discovery sought by order of this court remains warranted.

**IT IS SO ORDERED.**

Dated: April 3, 2014

PAUL S. GREWAL
United States Magistrate Judge